UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NIASPAN ANTITRUST LITIGATION　　　　　　　　　　MDL No. 2460

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Pennsylvania.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Timothy J. Savage for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

　　　　　　　　　　　　　　　　　　　FOR THE PANEL

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Karen K. Caldwell
　　　　　　　　　　　　　　　　　　　Chair